**1522-AC03842**

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | |
|---|---|
| **ELIZABETH ALLEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| v. ) | |
| ) | Division |
| **MIDLAND FUNDING, LLC,** ) | |
| ) | |
| Serve at: ) | |
| CSC-LAWYERS INCORPORATING SERVICE. ) | |
| 221 BOLIVAR STREET ) | |
| JEFFERSON CITY, MO 65101 ) | |
| ) | |
| and, ) | |
| ) | |
| **MIDLAND CREDIT MANAGEMENT, LLC** ) | |
| ) | |
| Serve at: ) | |
| CORPORATION SERVICE COMPANY ) | |
| 2900 SW WANAMAKER DRIVE, SUITE 204 ) | |
| TOPEKA, KS 66614 ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

## PETITION

COMES NOW, Plaintiff, Elizabeth Allen, and for her Petition states as follows:

## INTRODUCTION

1.     This is an action for statutory damages brought by an individual consumer for

violations of the Telephone Consumer Protection Act of 1991("TCPA"), 47 USC 227 *et. Seq.*

2.     This is an action for statutory damages brought by an individual consumer for

violations of the Fair Debt Collections Practices Act, 15 USC 1692 *et. Seq.* ("FDCPA"), which

prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

EXHIBIT A

3.    Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

4.    This Court has jurisdiction of the TCPA claim under 47 U.S.C. § 227 (3)(b). Venue is appropriate in this Court because Defendant Midland Credit Management, LLC placed prohibited telephone calls to Plaintiff at Plaintiff's phone located in St. Louis City, Missouri.

5.    This Court has jurisdiction of the FDCPA claim under 15 USC § 1692k (d) because the Defendants' illicit collection activity was directed at Plaintiff in St. Louis City, Missouri.

## PARTIES

6.    Plaintiff is a natural person currently residing in St. Louis City, Missouri.

7.    Defendant Midland Funding, LLC is a Delaware corporation with its principal place of business in San Diego, California.  Defendant Midland Funding's principal business purpose is debt buying, whereby Midland Funding buys outstanding debt obligations and then retains lawyers or collection agencies to collect the debts alleged due.

8.    Defendant Midland Credit Management, Inc. is a Kansas corporation with its principal place of business in San Diego, California.

9.    Upon information and belief, Defendant Midland Credit Management, Inc. acts as the principal debt collector for defaulted debt obligations purchased by Defendant Midland Funding, LLC.

### Telephone Consumer Protection Act

10.    At all times relevant to this complaint, the Plaintiff was and is a "person" as defined by the TCPA 47 U.S.C. § 153(39).

11.    At all times relevant to this complaint, Defendant Midland Credit Management

EXHIBIT A

has owned, operated, and or controlled "customer premises equipment" as defined by the TCPA 47 U.S.C. § 153(16) that originated, routed, and/or terminated telecommunications.

12.     Defendant Midland Credit Management at all times relevant to the complaint herein engages in "telecommunications" as defined by the TCPA 47 U.S.C. § 153(50).

13.     Defendant Midland Credit Management at all times relevant to the complaint herein engages in "interstate communications" as defined by the TCPA 47 U.S.C. § 153(28).

14.     At all times relevant to this complaint, Defendant Midland Credit Management has used, controlled, and/or operated "wire communications" as defined by the TCPA 47 U.S.C. § 153(59), that existed as instrumentalities of interstate and intrastate commerce.

15.     At all times relevant to this complaint, Defendant Midland Credit Management has used, controlled, and/or operated "automatic telephone dialing systems" as defined by the TCPA 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(2).

### *Fair Debt Collection Practices Act*

16.     Plaintiff is a "consumer" within the meaning of the FDCPA.  The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

17.     Specifically, Plaintiff believes the alleged debt arose from a credit card account with Credit One Bank.

18.     All Defendants are engaged in the collection of debts from consumers using the mail and telephone.  All Defendants are a "debt collector" as defined by the FDCPA. 15 U.S.C. §1692a (6).

19.     Defendant Midland Funding, LLC is a consumer debt purchaser as contemplated under 15 U.S.C. § 1692a of the FDCPA, and is subject to the entirety of the provisions of the FDCPA.

EXHIBIT A

## FACTS

20.     Within one year immediately preceding the filing of this lawsuit, Defendant Midland Credit Management telephoned the Plaintiff's cellular phone using an automatic telephone dialing system on numerous occasions and left pre-recorded messages on the Plaintiff's answering service in violation of the TCPA and FDCPA.

21.     Sometime before December 26, 2015, Credit One Bank began attempts to collect an alleged debt of $740.75, stemming from a defaulted credit card.  In their attempt to collect this debt, Credit One Bank made numerous unsolicited and unauthorized phone calls to Plaintiff's cellular phone number, (XXX) XXX-5614.

22.     Plaintiff had provided her cellular telephone number, (XXX) XXX-5614 as the primary contact phone number in the original contract agreement with Credit One Bank.

23.     However, Plaintiff never gave her express written consent to be called on her cellular telephone by automatic dialed telephone calls or prerecorded messages.

24.     On or about December 26, 2015, Plaintiff called Credit One Bank and explicitly revoked any permission or consent Credit One Bank may have ever had to call her cellular telephone number (XXX) XXX-5614 and instructed Credit One Bank to never call her cellular telephone ever again.

25.     Plaintiff's revocation of consent to be called on her cellular telephone on December 26, 2015 was effective against Credit One Bank, its agents, and assigns.

### *Violations of the TCPA*

26.     On or about January 29, 2015, Defendant Midland Funding LLC bought the defaulted credit card account from Credit One Bank.

27.     Defendant Midland Funding LLC and its collection agent, Defendant Midland

EXHIBIT A

Credit Management, knew, or should have known that Plaintiff had revoked consent to be called on her cellular telephone on December 26, 2015, and that the revocation of consent was effective against Credit One Bank's agents, and assigns.

28.     Neither Midland Funding LLC, nor its collection agent, Defendant Midland Defendants ever obtained express written consent from Plaintiff to place telephone calls to Plaintiff's cellular phone using an automatic telephone dialing system on or to send pre-recorded messages to Plaintiff's cellular phone.

29.     Beginning on March 2, 2015, Defendant Midland Funding LLC, by and through its collections agent, Defendant Midland Credit Management, began attempts to collect the alleged debt purchased by Defendant Midland Funding from Plaintiff's original creditor, Credit One Bank.

30.     Defendants' initial collection attempt was by a dunning letter sent to Plaintiff on March 2, 2015.

31.     Beginning on March 2, 2015, in their attempt to collect this debt, Defendants made numerous unsolicited and unauthorized phone calls to Plaintiff's cellular phone number, (XXX) XXX-5614, using an automatic telephone dialing system and pre-recorded messages.

32.     Specifically, Plaintiff received twenty-two such illicit pre-recorded and/or synthesized phone calls or voice messages from Defendants' automatic telephone dialing system dating from March 2, 2015 to March 26, 2015.

33.     Defendant's phone calls for Plaintiff were placed from Defendant's automatic telephone dialing system, as defined by 47 U.S.C. § 227(a)(1), from the phone number that is registered to the Defendant.

34.     Specifically, Defendant's dialing system has the capacity to store, dial, and

EXHIBIT A

generate phone numbers such as Plaintiff's.

35.     These twenty-two automated telephone dialing system calls were made to Plaintiff's cellular phone and she was charged for these phone calls, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

### *Violations of the FDCPA*

36.     On March 26, 2015, Plaintiff called Defendant Midland Credit Management and was directed to a voice messaging system, where Plaintiff left a message asking why Defendant had been calling and requesting a call back.

37.     Later on March 26, 2015, Defendant Midland Credit Management called Plaintiff back.

38.     The March 26, 2015 phone call occurred within the thirty day dispute and validation period provided by 15 U.S.C. § 1632g, which was triggered by the initial communication on March 2, 2015.

39.     During the March 26, 2015 phone call, Defendant stated that Plaintiff had two options to pay off the alleged debt, either Plaintiff should pay off the amount in a discounted one-time payment, or Plaintiff should enter into a payment arrangement for the full balance, and that if Plaintiff did not make payment, Defendant would begin credit reporting the alleged debt as delinquent.  This was a demand for payment.

40.     Defendant's demand for payment within Plaintiff's thirty day dispute period overshadowed and was inconsistent with Plaintiff's rights pursuant to 15 U.S.C. §1692g.

41.     During the March 26, 2015 phone call, Defendant stated that if Plaintiff did not enter into a payment arrangement, that settlement arrangements on the account would not be available in the future, and that the offers would be null and void.

EXHIBIT A

42.     Defendant's statement that if Plaintiff did not immediately enter into a payment arrangement that the offer may not be available in the future was a false statement in violation of 15 U.S.C. §1692e, which prohibits any false, deceptive or misleading representations or means in connection with the collection of any debt.

43.     Specifically, this statement was false and misleading because Defendant Midland Credit Management's principal, Defendant Midland Funding owns the debt and has the ability to offer any settlement arrangement on the debt at any time.

44.     Defendant's false statement was intended to create a false sense of urgency on the resolution of the debt, with the intent that Plaintiff be deceived as to the time available to make a settlement or payment arrangement, and thus make payment on the debt immediately.

45.      At the end of the March 26, 2015, phone call Plaintiff instructed Defendant to never call her cellular telephone ever again.

46.     Defendant's use of a prohibited means of telecommunications violated the FDCPA, 15 U.S.C. §1692f, which prohibits the use of unfair or unconscionable means to collect or attempt to collect any debt.

47.     Defendant's collection attempts have caused Plaintiff to incur actual damages including but not limited to anxiety, sleeplessness, and worry.

## COUNT I: VIOLATION OF THE TCPA

48.     Plaintiff re-alleges and incorporates by reference all prior paragraphs.

49.     In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the TCPA, 47 USC 227 et. seq., including, but not limited to, the following:

a.      Placing non-emergency phone calls to Plaintiff's cellular phone without express authorized consent of the Plaintiff. 47 USC 227(b) (1) (A) (iii).

EXHIBIT A

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant for:

A. Judgment that Defendant's conduct violated the TCPA;

B. Actual damages;

C. Statutory damages pursuant to 47 USC (b)(3); and

D. For such other relief as the Court may deem just and proper.

## COUNT II: VIOLATION OF THE FDCPA

50.     Plaintiff re-alleges and incorporates by reference all prior paragraphs.

51.     In its attempts to collect the alleged debt from Plaintiff, Defendant has committed

violations of the FDCPA, 15 U.S.C. 1692 et. Seq., including, but not limited to, the

following:

      a.     Engaging in unfair practices in an attempt to collect a debt.  15 U.S.C.

§1692f.

      b.     Using a false representation and deceptive means in an attempt to collect a

debt.  15 U.S.C. §1692e(10).

      c.     Taking action which overshadowed and was inconsistent with Plaintiff's

dispute, validation, and verification rights pursuant to 15 U.S.C. §1692g.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant for:

A.     Judgment that Defendant's conduct violated the FDCPA;

B.     Actual damages;

C.     Release of the alleged debt;

D.     Statutory damages, costs and reasonable attorney's fees pursuant to 15 U.S.C.

1692(k); and

E.     For such other relief as the Court may deem just and proper.

EXHIBIT A

Respectfully submitted by,

Pontello Law, LLC

/s/ Dominic Pontello

_____
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile
dominic@pontellolaw.com

EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BARBARA PEEBLES | Case Number:  1522-AC03842 |
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN<br><br>vs. | Plaintiff/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO  63304 |
| Defendant/Respondent:<br>MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**10-JUN-2015, 09:30 AM**<br>**Division 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO  63101** |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

## Associate Division Alias Summons

| | | |
|---|---|---|
| The State of Missouri to: | **MIDLAND FUNDING, LLC**<br>Alias: | **SPECIAL** |

**227 W TRADE ST**
**STE 1610**
**CHARLOTTE, NC  28202**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

        You are summoned to appear before this court on the date, time, and location above to answer the attached petition.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

        If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**5-14-2015**
Date

*Thomas Kloeppinger*
Thomas Kloeppinger
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to
        appear in court.

I certify that I have served the above summons by:  (check one)

☐  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
        _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to
        _____ (name) _____ (title).

☐  other_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
     Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*        Subscribed and sworn to before me on _____ (date).

        My commission expires: _____        _____
                                                         Date                                    Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits,
see Supreme Court Rule 54.

EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BARBARA PEEBLES | Case Number: 1522-AC03842 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN | Plaintiff/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO 63304 |
| vs. | |
| Defendant/Respondent:<br>MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**10-JUN-2015, 09:30 AM** |
| Nature of Suit:<br>AC Other Tort | **Division 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** |

(Date File Stamp)

## Associate Division Alias Summons

| The State of Missouri to: | **MIDLAND CREDIT MANAGEMENT, LLC**<br>Alias: | SPECIAL |
|---|---|---|

**8875 AERO DRIVE<br>SAN DIEGO, CA 92123**



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**5-14-2015**
Date

*Thomas Kloeppinger*
Thomas Kloeppinger
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at_____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                             Date                              Notary Public

### Sheriff's Fees

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

EXHIBIT A

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**                                  )
                                                      )
         Plaintiff,                             )
v.                                                    )        Cause No.
                                                      )
**MIDLAND FUNDING, LLC**                              )
                                                      )
and,                                                  )
                                                      )
**MIDLAND CREDIT MANAGEMENT, LLC**                    )
                                                      )
         Defendant.                             )        **JURY TRIAL DEMANDED**

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

    **COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

**RUFUS HARMON**
**PO BOX 1794**
**JEFFERSON CITY, MO 65102**
**(573) 635-6690**

    Natural persons of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND FUNDING, LLC
CSC-LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

All Risks to Plaintiff
So Appointed:

_____
Date

By: _____

Pontello Law, LLC
   /s/ Dominic M. Pontello
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile

EXHIBIT A

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | | |
|---|---|---|
| **ELIZABETH ALLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. |
| | ) | |
| **MIDLAND FUNDING, LLC** | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, LLC** | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**RUFUS HARMON**
**PO BOX 1794**
**JEFFERSON CITY, MO 65102**
**(573) 635-6690**

Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND FUNDING, LLC
CSC-LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

Pontello Law, LLC
__/s/ Dominic M. Pontello_____

All Risks to Plaintiff
So Appointed:

Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile

Date: _____

By: _____

EXHIBIT A

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**                          )
                                              )
                    Plaintiff,                )
v.                                            )        Cause No.
                                              )
**MIDLAND FUNDING, LLC**                      )
                                              )
and,                                          )
                                              )
**MIDLAND CREDIT MANAGEMENT, LLC**            )
                                              )
                    Defendant.                )        **JURY TRIAL DEMANDED**

### REQUEST FOR APPOINTMENT OF PROCESS SERVER

     **COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**JARRETT CURTIS**
**ARISTOCRAT PROCESS SERVING**
**115 E. PARK ST, SUITE D**
**OLATHE, KS 66061**
**913-780-2007**

     Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND CREDIT MANAGEMENT, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2900 SW WANAMAKER DRIVE, SUITE 204
TOPEKA, KS 66614

All Risks to Plaintiff
So Appointed:

Date: _____

By: _____

Pontello Law, LLC
   /s/ Dominic M. Pontello
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile

**EXHIBIT A**

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**               )
                                   )
         Plaintiff,               )
                                   )
v.                                 )    Cause No.
                                   )
**MIDLAND FUNDING, LLC**           )
                                   )
and,                               )
                                   )
**MIDLAND CREDIT MANAGEMENT, LLC** )
                                   )
        Defendant.               )    **JURY TRIAL DEMANDED**

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

     **COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

<div align="center">

**JARRETT CURTIS**
**ARISTOCRAT PROCESS SERVING**
**115 E. PARK ST, SUITE D**
**OLATHE, KS 66061**
**913-780-2007**
</div>

     Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND CREDIT MANAGEMENT, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2900 SW WANAMAKER DRIVE, SUITE 204
TOPEKA, KS 66614

Pontello Law, LLC
  /s/ Dominic M. Pontello
Dominic M. Pontello, #60947

All Risks to Plaintiff
So Appointed:

Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile

Date: _____

By: _____

<div align="right">

EXHIBIT A
</div>

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**               )
                                         )
        Plaintiff,           )
                                         )  Cause No. 1522-AC03842
**v.**                               )
                                       )  Division 27
**MIDLAND FUNDING, LLC**     )
                                       )
**and,**                            )
                                       )
**MIDLAND CREDIT MANAGEMENT, LLC**  )
                                       )
        Defendants.     )

## <u>REQUEST FOR ALIAS SUMMONS</u>

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and hereby requests that an alias summons be issued by the circuit clerk in this case, because the first summons was not served on defendant.  I am requesting an alias summons be issued for the following defendant:

(1) MIDLAND CREDIT MANAGEMENT, LLC.

Pontello Law, LLC

Date: _____May 8, 2015_____

   _/s/ Dominic M. Pontello_____
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile
dominic@pontellolaw.com

EXHIBIT A

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**            )
                               )
        Plaintiff,            )
                               )  Cause No. 1522-AC03842
v.            )  Division 27
                               )
**MIDLAND FUNDING, LLC**            )
                               )
and,            )
                               )
**MIDLAND CREDIT MANAGEMENT, LLC**   )
                               )
        Defendants.            )

## <u>REQUEST FOR ALIAS SUMMONS</u>

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and hereby requests that an alias summons be issued by the circuit clerk in this case, because the first summons was not served on defendant.  I am requesting an alias summons be issued for the following defendant:

(1) MIDLAND FUNDING, LLC.

Pontello Law, LLC

Date: _____May 8, 2015_____

_ /s/ Dominic M. Pontello_____
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile
dominic@pontellolaw.com

EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BARBARA PEEBLES | Case Number: 1522-AC03842 |
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO 63304 |
| Defendant/Respondent:<br> MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**29-APR-2015, 09:30 AM**<br>**Division 27** |
| Nature of Suit:<br>AC Other Tort | **CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to:   MIDLAND FUNDING LLC**
Alias:

**8875 AERO DRIVE STE 200**
**SAN DIEGO, CA 92123**

> **SPECIAL PROCESS SERVER**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

APRIL 6, 2015
Date

*Thomas Kloeppinger*

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☒ other__NON-EST - TIME EXPIRED_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*                Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                                    Date                                     Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ ._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BARBARA PEEBLES | Case Number:  1522-AC03842 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO  63304 |
| Defendant/Respondent:<br> MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**29-APR-2015, 09:30 AM**<br>**Division 27** |
| Nature of Suit:<br>AC Other Tort | **CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** |

<div align="right">(Date File Stamp)</div>

## Associate Division Summons

| **The State of Missouri to:**  MIDLAND FUNDING, LLC<br>Alias: | |
|---|---|
| **227 W TRADE ST**<br>**STE 1610**<br>**CHARLOTTE, NC  28202** | SPECIAL PROCESS SERVER |

**COURT SEAL OF**

**CITY OF ST LOUIS**

 You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

 If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

APRIL 6, 2015
_____
Date

_Thomas Kloeppinger_
Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☒ other  NON-EST - TIME EXPIRED _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                     _____
Printed Name of Sheriff or Server                           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

_(Seal)_     Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
<div align="center">Date                                              Notary Public</div>

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ . _____ per mile) |
| **Total** | $ _____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BARBARA PEEBLES | Case Number:  1522-AC03842 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN<br><br><br><br><br>                                                                              vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO  63304 |
| Defendant/Respondent:<br> MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**29-APR-2015, 09:30 AM**<br>**Division 27** |
| Nature of Suit:<br>AC Other Tort | **CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO  63101**<br><br>                                                     (Date File Stamp) |

## Associate Division Summons

| **The State of Missouri to:**   MIDLAND FUNDING LLC<br>                                              Alias:<br><br>**8875 AERO DRIVE STE 200**<br>**SAN DIEGO, CA  92123** | |
|---|---|
| | **SPECIAL PROCESS SERVER** |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

APRIL 6, 2015
Date

*Thomas Kloeppinger*

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*                    My commission expires: _____          _____
                                                                      Date                                              Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ ._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BARBARA PEEBLES | Case Number:  1522-AC03842 |
| Plaintiff/Petitioner:<br>ELIZABETH ALLEN<br><br>                                                        vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC PONTELLO<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>ST CHARLES, MO  63304 |
| Defendant/Respondent:<br> MIDLAND FUNDING, LLC | Date, Time and Location of Court Appearance:<br>**29-APR-2015, 09:30 AM**<br>**Division 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO  63101** |
| Nature of Suit:<br>AC Other Tort | |
| | (Date File Stamp) |

## Associate Division Summons

| The State of Missouri to:   MIDLAND FUNDING, LLC<br>                                             Alias: | |
|---|---|
| **227 W TRADE ST**<br>**STE 1610**<br>**CHARLOTTE, NC  28202** | **SPECIAL PROCESS SERVER** |

|  |  |
|---|---|
| *COURT SEAL OF*<br><br>*CITY OF ST LOUIS* |         You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.<br>         If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.<br><br>        APRIL 6, 2015                                   *Thomas Kloeppinger*<br>            Date<br><br>                                                                    Thomas Kloeppinger<br>                                                                    Circuit Clerk<br><br>    Further Information: |

### Sheriff's or Server's Return

**Note to serving officer:**  Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name ) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
     Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

|  |  |
|---|---|
| *(Seal)* | Subscribed and sworn to before me on _____ (date).<br><br>My commission expires: _____    _____<br>                                                    Date                                          Notary Public |

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage<br>mile) | $_____  (_____miles @ $ ._____ per |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

EXHIBIT A

**1522-AC03842**

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN**,                     )
                                         )
            Plaintiff,                   )
v.                                       )          Cause No.
                                         )
**MIDLAND FUNDING, LLC**                 )
                                         )
and,                                     )
                                         )
**MIDLAND CREDIT MANAGEMENT, LLC**       )
                                         )
            Defendant.                   )          **JURY TRIAL DEMANDED**

### REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**JARRETT CURTIS**
**ARISTOCRAT PROCESS SERVING**
**115 E. PARK ST, SUITE D**
**OLATHE, KS 66061**
**913-780-2007**

Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND CREDIT MANAGEMENT, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2900 SW WANAMAKER DRIVE, SUITE 204
TOPEKA, KS 66614                         Pontello Law, LLC
                                           /s/ Dominic M. Pontello
All Risks to Plaintiff                   Dominic M. Pontello, #60947
So Appointed:                            Attorney for Plaintiff
                                         5988 Mid Rivers Mall Dr., Suite 114
Date: _____                  St. Charles, MO  63304
                                         (636) 541-7673
By: _____                    (636) 441-6881 facsimile

EXHIBIT A

**1522-AC03842**

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

ELIZABETH ALLEN,                  )
                                      )
        Plaintiff,          )
v.                           )     Cause No.
                                        )
MIDLAND FUNDING, LLC     )
                                        )
and,                           )
                                        )
MIDLAND CREDIT MANAGEMENT, LLC  )
                                        )
        Defendant.      )     **JURY TRIAL DEMANDED**

<u>**REQUEST FOR APPOINTMENT OF PROCESS SERVER**</u>

        **COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**JARRETT CURTIS
ARISTOCRAT PROCESS SERVING
115 E. PARK ST, SUITE D
OLATHE, KS 66061
913-780-2007**

      Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND CREDIT MANAGEMENT, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2900 SW WANAMAKER DRIVE, SUITE 204
TOPEKA, KS 66614

All Risks to Plaintiff
So Appointed:

Date: _____

By: _____

                              Pontello Law, LLC
                                /s/ Dominic M. Pontello
                              Dominic M. Pontello, #60947
                              Attorney for Plaintiff
                              5988 Mid Rivers Mall Dr., Suite 114
                              St. Charles, MO  63304
                              (636) 541-7673
                              (636) 441-6881 facsimile

EXHIBIT A

**1522-AC03842**

IN THE CIRCUIT COURT
SAINT LOUIS CITY
STATE OF MISSOURI
ASSOCIATE DIVISION

**ELIZABETH ALLEN,**                          )
                                                      )
            Plaintiff,                              )
v.                                                     )        Cause No.
                                                      )
**MIDLAND FUNDING, LLC**              )
                                                      )
and,                                                  )
                                                      )
**MIDLAND CREDIT MANAGEMENT, LLC**    )
                                                      )
            Defendant.                           )        **JURY TRIAL DEMANDED**

### REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**RUFUS HARMON
PO BOX 1794
JEFFERSON CITY, MO 65102
(573) 635-6690**

Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
MIDLAND FUNDING, LLC
CSC-LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

|                                        |                                                   |
|----------------------------------------|---------------------------------------------------|
| All Risks to Plaintiff                 | Pontello Law, LLC                                 |
| So Appointed:                          | __/s/ Dominic M. Pontello_____                    |
|                                        | Dominic M. Pontello, #60947                       |
| Date: _____          | Attorney for Plaintiff                            |
|                                        | 5988 Mid Rivers Mall Dr., Suite 114               |
| By: _____           | St. Charles, MO  63304                            |
|                                        | (636) 541-7673                                    |
|                                        | (636) 441-6881 facsimile                          |

**EXHIBIT A**