# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:15-cv-00897 |
| v. | ) |
| | ) |
| MIDLAND FUNDING, LLC and | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal herein.

Dated: July 10, 2015

Respectfully Submitted,

**PONTELLO LAW, LLC**

   /s/ Dominic M. Pontello___
DOMINIC M. PONTELLO. #60947
Pontello Law, LLC.
5988 Mid Rivers Mall Dr, Suite 112
St. Charles, Missouri 63304
(636) 541-7673
(636) 441-6881 facsimile

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      The below signature certifies that on July 10, 2015, the foregoing was served by e-mail to the following counsel of record:

Theodore Seitz,
tseitz@dykema.com
Rosa M. Tumialan
rtumialan@dykema.com
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606-7407
Tel: (312) 876-1700
Fax: (866) 491-6704
*Attorneys for Defendant*

                          /s/ Dominic M. Pontello.
                          _____