SO ORDERED

/s/ Charles A. Shaw

7/24/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ALLEN | ) |
| | ) Division |
| Plaintiff, | ) |
| | ) Case No. 4:15-cv-00897-CAS |
| v. | ) |
| | ) |
| MIDLAND FUNDING, LLC | ) |
| | ) |
| and, | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT, LLC | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendants should be dismissed with prejudice, each party to bear its own costs.

Dated: July 23, 2015                                  Respectfully submitted,


**PONTELLO LAW, LLC**

By:   **/s/ Dominic Pontello**, MO#60947
5988 Mid Rivers Mall Dr, Suite 114
St. Peters, MO 63304
Telephone:  (636) 541-7673
Facsimile: (636) 441-6881
dominic@pontellolaw.com

*Attorney for Plaintiff*